IN THE UNITED STATES DISTRICT COURT FOR

**FILED**

THE WESTERN DISTRICT OF OKLAHOMA

APR 18 2008

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _Tr. H._____ DEPUTY

| | |
|---|---|
| JASON LEE WEBB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No. CIV-08-225-W |
| | ) |
| C/O BEATY et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

On March 24, 2008, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this matter and recommended that the Court deny the request by plaintiff Jason Lee Webb for protection from feared "further retaliatory or arbitrary acts" at Lawton Correctional Facility ("LCF") and for his immediate transfer to another correctional facility. Webb was advised of his right to object to the Report and Recommendation, but he did not object within the allotted time.

Upon review of the record, the Court concurs with Magistrate Judge Bacharach's suggested disposition of this matter. Despite Webb's assertion that he is in imminent danger of "further physical and mental abuse" at LCF, he has not shown any factual basis or urgent circumstances that warrant the extraordinary relief he has requested.

Accordingly, the Court

(1) ADOPTS the Report and Recommendation issued on March 24, 2008;

(2) DENIES Webb's Request for Motion Ordering Injunction for Protection of Retaliation [Doc. 8] file-stamped March 13, 2008; and

(3) the referral not having been terminated, COMMITS this matter to Magistrate Judge Bacharach for further proceedings.

ENTERED this _18th_ day of April, 2008.

LEE R/WEST
UNITED STATES DISTRICT JUDGE

2