IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

**FILED**

JAN 1 3 2009

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _W. N._ DEPUTY

| | |
|---|---|
| JASON LEE WEBB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CIV-08-225-W |
| ) | |
| C/O BEATY et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On December 11, 2008, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this matter and recommended that the Court deny as moot the Motion to Quash for Insufficiency of Process and Service of Process filed by defendant GEO Group, Inc. ("GEO"). Plaintiff Jason Lee Webb and GEO were advised of their right to object to the Report and Recommendation, but no objections were filed within the allotted time.

Because the record indicates that GEO was subsequently served on September 24, 2008, see Doc. 35, the Court concurs with Magistrate Judge Bacharach's suggested disposition of the instant motion.

Accordingly, the Court

(1) ADOPTS the Report and Recommendation [Doc. 42] issued on December 11, 2008, and filed on December 12, 2008; and

(2) DENIES as MOOT GEO's Motion to Quash for Insufficiency of Process and Service of Process [Doc. 30] filed on September 2, 2008.

ENTERED this _13th_ day of January, 2009.

LEE R. WEST
UNITED STATES DISTRICT JUDGE